IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MYRTIS PAULO HART,**

    **Plaintiff,**

v.                                                                                 **No. 21-cv-0186 JB/SMV**

**NORTHWEST NEW MEXICO CORRECTIONAL FACTILY**
**and FNU JUDD,**

    **Defendants.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. The docket reflects a recent mailing to Plaintiff was returned as undeliverable. [Doc. 5]. It appears that Plaintiff has been released from custody without yet advising the Court of his new address, as required by D.N.M.LR-Civ. 83.6, thus severing contact with the Court. Because Plaintiff has failed to comply with the Court's local rules, he will be required to show cause why this action should not be dismissed. *See Bradenburg v. Beaman*, 632 F.2d 120, 122 (10th Cir. 1980) (citation omitted) ("It is incumbent on litigants, even those proceeding pro se, to follow the federal rules of procedure. The same is true of simple, nonburdensome local rules . . . ."). Failure to comply with this Order may result in dismissal without further notice.

**IT IS THEREFORE ORDERED** that, **no later than July 9, 2021**, Plaintiff notify the Clerk in writing of his current address or otherwise show cause why this action should not be dismissed.

                                                                              _____
                                                                              **STEPHAN M. VIDMAR**
                                                                              **United States Magistrate Judge**